# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DRAFTKINGS INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Case No. 18-cv-11869MLW |
| v. ) | |
| ) | |
| JOHN DOES #1-10 ) | **JURY DEMANDED** |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff DraftKings Inc. hereby provides notice of dismissal of this action.  This dismissal is without prejudice.

Dated: December 26, 2018             Respectfully Submitted,

 /s/ William C. Jackson
William C. Jackson BBO #637636
Travis LeBlanc (*Pro Hac Vice*)
Jon R. Knight (*Pro Hac Vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
WJackson@BSFLLP.com
TLeBlanc@BSFLLP.com
JKnight@BSFLLP.com

*Counsel for Plaintiff DraftKings Inc.*